Mary **BARTLETT**, Movant-Appellant,

v.

**STATE of Missouri, Respondent.**

No. WD 37720.

Missouri Court of Appeals,
Western District.

Dec. 16, 1986.

Robert B. Ramsey, Clayton, for movant-appellant.

William Webster, Atty. Gen., Stephen D. Hawke, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and MANFORD and KENNEDY, JJ.

### ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief sought pursuant to a Rule 27.26 motion.

Judgment affirmed. Rule 84.16(b).